Form 375BNC  (Revised 10/17/2005)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number: 11−00287−jw                                Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
William L Kuck Sr
2286 Hoffman Drive
Orangeburg, SC 29118

SSN: xxx−xx−7033

| Entered By The Court 01/20/11 | **ORDER TO PAY FILING FEE IN INSTALLMENTS** | **Filed By The Court** 01/19/11 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |

The matter before the Court is the application of the debtor(s) to pay the filing fee for the above−captioned case in installments. After consideration of the application, it appears that the debtor(s) cannot afford to make a lump sum payment of the entire filing fee and that any unpaid balance should be paid by the trustee. Therefore,

**IT IS ORDERED** that the unpaid balance of $200.00 for the Chapter 13 filing fee shall be paid from the first disbursements by the trustee from funds paid to the trustee by the debtor(s).

**IT IS FURTHER ORDERED** that any application by the debtor(s) to convert the case to another chapter, prior to the filing fee being paid in full, must be accompanied either by the balance of the filing fee or an application to pay the filing fee in installments in the new chapter.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any property to an attorney or any other person for services in connection with this case

**IT IS FURTHER ORDERED** that, should this case be dismissed for any reason prior to the fees being paid in full, the balance of the fees will be due within ten (10) days after the entry of the order of dismissal.

Document 5 − 3

*John E Waites*

Chief United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0420-3          User: macon              Page 1 of 1              Date Rcvd: Jan 20, 2011
Case: 11-00287                Form ID: 375BNC          Total Noticed: 1

The following entities were noticed by first class mail on Jan 22, 2011.
db           +William L Kuck, Sr,    2286 Hoffman Drive,    Orangeburg, SC 29118-4068

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2011**          **Signature:**    *Joseph Speetjens*